# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHANIE WINSTON WOLKOFF<br><br>Defendant. | Civil Case No. 20-2935 |

## DEFENDANT STEPHANIE WINSTON WOLKOFF'S
## MOTION TO DISMISS THE COMPLAINT

For the reasons stated in the attached Memorandum of Law, Defendant Stephanie Winston Wolkoff, by and through her undersigned counsel, hereby moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Complaint filed in this action on October 13, 2020 (ECF No. 1).

Pursuant to LCvR 7(f), Defendant requests oral argument on this Motion.

WHEREFORE, Defendant Stephanie Winston Wolkoff, by and through her undersigned counsel, respectfully requests that this Court grant this Motion, and dismiss the Complaint in its entirety and with prejudice.

Dated: December 21, 2020
       Washington, DC

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

  */s/ Lorin L. Reisner*
Lorin L. Reisner (DDC Reg. No. 5630150)
Harris Fischman (DDC Reg. No. 5627138)
Ryan B. Streit (DDC Reg. No. 5762926)
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3250
lreisner@paulweiss.com
hfischman@paulweiss.com
rstreit@paulweiss.com


Justin Anderson (DDC Reg. No. 1030572)
2001 K Street, NW
Washington, DC 20006-1047
(202) 223 - 7321
janderson@paulweiss.com

*Attorneys for Defendant Stephanie Winston Wolkoff*

## **CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.4(c), I hereby certify that on December 21, 2020, I caused to be electronically filed the foregoing Motion and accompanying Memorandum of Law using the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

          */s/ Lorin L. Reisner*
          Lorin L. Reisner (DDC Reg. No. 5630150)