IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>STEPHANIE WINSTON WOLKOFF,<br><br>                              Defendant. | Civil Case No. 20-2935 |

### [PROPOSED] ORDER

This case is before the Court for consideration of the Motion to Dismiss the Complaint filed by Defendant Stephanie Winston Wolkoff. Upon review of the parties' submissions, it is hereby ORDERED on this ___ day of _____, 202__, that:

1. Defendant's Motion is GRANTED; and
2. all claims in the Complaint are DISMISSED with prejudice.

**IT IS SO ORDERED:**

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge