# EXHIBIT A

No. 1:20-cv-2935-CKK

# Melania
## *and*
# Me

### THE RISE AND FALL OF MY FRIENDSHIP WITH THE FIRST LADY

## Stephanie Winston Wolkoff

Gallery Books

New York   London   Toronto   Sydney   New Delhi

I promised, not sure what I could do other than make requests. It was chaos over there. I had no control. Any power she could generate was muffled by her being in New York, so I had to fight her battles by myself, without a phone, email, contract, or badge.

Melania *did* intend to leave Trump Tower the following weekend, February 3 to 5, to go to what the press was calling the "Winter White House," Mar-a-Lago, in Palm Beach, for the Sixtieth International Red Cross Ball. "Find out if Donald is going?" she asked. She was so out of the loop, she didn't know what Donald was doing. She couldn't ask him because he didn't control his schedule either.

She said, "I'm traveling alone. Want to come?"

Er, no, thanks. I wanted to go home to my family.

Then I heard from Rachel. "Morning! I want to plan a tea at the WH celebrating MK our FLOTUS, her sister, her mother/father, only like 10 people or less, a true intimate party to toast the historical moment she is living in! I thought I would hire a children's choir and have a tea since she does not drink, just simple and sweet??? Thoughts?"

Was she kidding me? Nope! So I told her, "I would love to plan, but we should wait. I'll explain when we talk."

### *Social Anxiety*

My last meeting of my first grueling, awesome, panic-filled week in the White House was with Katie Walsh to discuss our anemic organization and salary limitations. From Walsh's email summons, I got the idea that I was supposed to feel a sense of privilege that the doors of the West Wing were being flung open to me. I'd been granted permission to walk the hallowed halls, to tread on the same carpets as luminaries like Ivanka and Jared, to breathe the same rarefied oxygen as Hope Hicks and Sean Spicer.

I'd have to mark my calendar: this was a super-special day.

Look, interviewing staff and setting up Melania's office was my job. To do it, I had to walk from one place to the other, so I needed a pass. I absolutely considered it a privilege to work in the White House,

but Katie's condescension sucked the joy out of it. At the meeting, which was delayed (I kept checking my watch repeatedly because I had a flight to New York to catch), Katie explained in detail why we were so limited and that, at this point, the only big slot we could still fill was social secretary. I walked out of there shell-shocked. How in the world would we be able to do anything with so little support?

(PS: I missed my plane.)

Melania's emoji finger must have blistered from all the 💀 💀 💀 💀 💀 💀 💀 💀 💀 💀 💀.

My top choice for social secretary was Natalie Jones, former deputy chief of protocol for the Obama administration, once the finance director at the Democratic National Committee and a high-level staffer on Hillary Clinton's 2008 presidential campaign. I met with her for the first time on January 26, 2017, at six p.m. at the Trump International Hotel.

The only reason she'd agreed to meet with me in the first place was because of our shared friendship with David Monn. The job was to plan and coordinate all official and social events for the president and the First Lady, including state dinners, the Easter Egg Roll, the White House Christmas Party, and many, many (so many) more.

David told me I'd love Natalie, and she was *perfect*! As soon as she left my hotel room that evening, I called Melania and said, "We hit the jackpot!"

Natalie and Melania met face-to-face the following day, and their mutual appreciation was obvious. "I had a very nice meeting with Mrs. Trump," wrote Natalie. "She is everything you described."

I told Melania, "We must hire her!!!"

Melania and I had a quick confab and then offered Natalie the job.

"I need a day," said Natalie. After she slept on it, she accepted, with a few requests. *Finally*, someone worthy of the job! I began lobbying the West Wing for a fast vetting, more money, and an AP title. Our budget and the title available to us at that point would have been inappropriate and downright insulting for a woman with her experience.

pants. Naturally, Twitter asked, "Who wears white pants to a city in rubble?"

As far as Melania was concerned, it did not matter whether her clothing met whatever standard the public and media required, or whether it was appropriate for the weather, location, or occasion. Nothing mattered to her but her opinion of how she looked. And to be fair, she usually looked pretty great.

## Gratuity Included

The impossible task of hiring qualified people only intensified my desire to get my role defined and made official. I still needed the help of a qualified person with political experience and was thrilled to enlist Pamela Gross again. She was fine with being an unsung, unpaid volunteer, too. Melania wasn't so keen about it at first, but Pamela said that she'd report directly to me so, as she put it, "we are sure it's one voice and message and Melania is not bothered."

Melania pushed for the contract on her end. She sent an email to Stefan that said, "Please contact Stephanie and Pamela. You need to work out the contract for both ASAP. I need them to work with me and connect with the right people on my behalf for my initiative. I am losing a lot of time to start with initiative. Thank you."

My legal bills were mounting. I'd been working with two sets of lawyers: one from the firm Steptoe & Johnson, and the other from Jones Day, who'd been negotiating a new contract with the White House legal team, Stefan Passantino and Don McGahn. Naturally, the process took *forever*.

On August 22, 2017, after many long months of waiting, my contract was executed. It was a first-of-its-kind "White House gratuitous service agreement." (I found out later that my lawyers had also represented various Trump-related entities. I wish I'd known sooner.)

The finer points: (1) I would *volunteer* as a trusted advisor, (2) my duties were limited to providing advice and guidance on policy initiatives, speeches, and social media, as expressly requested by FLOTUS,

(3) I was forbidden from interacting with third parties (journalists, etc.) unless explicitly authorized by the Office of the First Lady and only as a "trusted advisor" or "longtime friend," not as a member of Melania's office, the White House, or the US government, (4) I'd submit to being investigated by the FBI, and (5) the agreement could be discontinued at any time or for any reason by myself or at the sole discretion of FLOTUS.

I paid my (and Trump's) lawyers tens of thousands of dollars for the privilege of working my ass off for free without acknowledgment, under intense scrutiny, with no job security. It was a legal muzzle that only made the job of launching the initiative harder. Unless Melania gave me written permission, I couldn't speak for the Office of the First Lady. Melania wrote an email that permitted me to speak with and meet experts about her initiative, which she did the very next day after I signed my gratuitous service agreement.

It was absurd. And yet I'd *fought* to make this happen. I was thrilled it was finally done. I definitely have a few screws loose.

In a move of pure genius, Pamela used the exact same gratuitous service agreement my lawyers created for me, so the legal eagles in the White House couldn't object.

The girls in the East Wing were not Pamela fans. They asked me not to bring her around. Grisham complained that Pamela was too "high-maintenance" and made too much noise in meetings. I didn't care what Lindsay and Grisham said about her. Pamela's heart was in the right place. She was there for the right reasons. She is brilliant and I knew I could trust her.

On September 2, before visiting a distribution center at First Church of Pearland in Texas, in an area hit hard by Hurricane Harvey, Melania was getting her Twitter locked and loaded. She asked me whether she should tweet "The First Lady brought books, crayons, and games for children" or "for children who have nothing left."

For children. Period.

"Those kids will be so happy to have you, your smile and hugs today," I said.

*made on a professional level by White House counsel and was not a personal attack or reflection on either of you. I consider you both my friends and appreciate all that you have done for me.*

*I am sorry that the professional part of our relationship has come to an end. But I am comforted in the fact that our friendship far outweighs politics.*

*Thank you again.*
*Much love,*
*Melania*

*Much love?*

From the tone of her letter, she expected me to buck up and be on my way, with my reputation stomped to bits and without a place on the initiative we'd worked so hard to accomplish. I was asking her to defend me, to clarify what I'd done for her and what she knew about the inauguration. Since "friendship far outweighs politics," as this almost certainly White House–written letter said, she should help me clear my name by just telling the truth.

As I was reading the letter, Stefan Passantino called.

He said, "The White House has made a decision globally that we are going to be terminating all gratuitous service agreements. This is not personal, and this is not related to you, and the decision was made by the president, the First Lady, and the White House that there's too much risk involved with folks [who are not] special government employees. I just wanted to call you and let you know, because I didn't want you to hear that from anyone else, and make sure that you knew that this is not personal."

"This is because of the bullshit *New York Times* story!" I exclaimed. "You know firsthand that's a cover-up!"

Stefan said, "I can't speak to any of that."

"This is going to make it look as though I was fired," I said.

"I don't want you to think that this has anything to do with PIC, so *this is not personal*," he said. "We're not going to do any press or anything with it, but it's a decision we made at a White House–wide level

to make sure we're not going to do this kind of contract. You didn't do anything wrong and there's nothing wrong with this kind of contract. It's just that the decision was made to operate this way going forward."

No one else had ever done an agreement like the one my former lawyers (who, unbeknownst to me at the time, were also representing Trump) had drawn up in consultation with the White House. It was the first of its kind—probably because no one else would be as eager and foolish as I was to beg to work for free with no protections. But it wasn't the last. Pamela Gross had the exact same agreement as I did.

"Pamela's contract was discontinued, too," he said. "They are both ended."

This was another key factor that, if it were disclosed to the public, would have exonerated me. It proved that "this type of contract [was] being discontinued" and "had nothing to do with the PIC." But since the White House insisted on not releasing the details, the public would believe I was fired because of the bogus claims made by the *New York Times*.

Melania called while I was on with Stefan. After I hung up with the lawyer, I called her back. "I can't believe this," I said.

"Stephanie, I know you're upset and so am I. I don't blame you."

"Stefan told me I am to stop working on everything. I have *no* role." I know I'd sent my resignation letter to Melania the night before the *NYT* story broke, but it's one thing to ask to leave and expect a transition period to wind down, and another to be "severed" and kicked out immediately.

"The lawyers say you can't work under this kind of contract," she said.

I finally lost it. "You know this isn't right! And you also know it makes no sense! The White House is going to make up the story they want to protect all their asses!" The narrative was so juicy, they knew the press and public would eat it up. Even though it was a blatant distortion of the facts, they let it fly. Melania's friend "got" $26 million and was "fired" because of it. "You have to make it right," I pleaded.