# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>STEPHANIE WINSTON WOLKOFF<br><br>      Defendant. | Civil Case No. 20-2935 |

## DEFENDANT'S UNOPPOSED MOTION REGARDING MOTION TO DISMISS BRIEFING SCHEDULE

  Pursuant to Section 7 of the Order Establishing Procedures for Cases Assigned to the Court, Defendant Stephanie Winston Wolkoff, by and through undersigned counsel, hereby files this motion to extend the time for the filing of Defendant's reply brief in further support of the motion to dismiss the Complaint by thirty (30) days to March 3, 2021.  The grounds for this motion are as follows:

  On December 21, 2020, the Court ordered a briefing schedule on Defendant's motion to dismiss the Complaint, requiring that Plaintiff file a response to the motion on January 18, 2021 and Defendant file a reply brief by February 1, 2021.  Plaintiff filed a timely response to the motion on January 18, 2021.  The parties expect to have a dialogue concerning this matter in the next several weeks.

  Neither party has requested any previous extensions or continuances.

  There are no previously set deadlines in this case that would be affected by this extension.

  Counsel for Plaintiff does not oppose this motion.

WHEREFORE, Defendant Stephanie Winston Wolkoff, by and through undersigned counsel, and contingent on the Court's order, respectfully requests that the Court grant this motion and enter an order extending the time for the filing of Defendant's reply brief in further support of the motion to dismiss the Complaint by thirty (30) days to March 3, 2021.

Dated: January 25, 2021
      Washington, DC

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

  */s/ Lorin L. Reisner*
Lorin L. Reisner (DDC Reg. No. 5630150)
Harris Fischman (DDC Reg. No. 5627138)
Ryan B. Streit (DDC Reg. No. 5762926)
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3250
lreisner@paulweiss.com
hfischman@paulweiss.com
rstreit@paulweiss.com

Justin Anderson (DDC Reg. No. 1030572)
2001 K Street, NW
Washington, DC 20006-1047
(202) 223 - 7321
janderson@paulweiss.com

*Attorneys for Defendant*

CONSENTED TO:

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director
Federal Programs Branch


*/s/ Elliott M. Davis*
Elliott M. Davis (NY Reg. No. 4596755)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 514-4336
elliott.m.davis@usdoj.gov

*Attorneys for Plaintiff*