UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>STEPHANIE WINSTON WOLKOFF,<br><br>           Defendant. | Civil Action No. 1:20–cv–02935–CKK |

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that Plaintiff voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED:  February 8, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director
Federal Programs Branch

/s/ Elliott M. Davis
ELLIOTT M. DAVIS
(N.Y. Reg. No. 4596755)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC  20005
Phone:   (202) 514-4336
Fax:      (202) 616-8470
E-mail:  elliott.m.davis@usdoj.gov

*Counsel for Plaintiff*