# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA., <br>    Plaintiff, <br> v. <br> STEPHANIE WINSTON WOLKOFF, <br>    Defendant. | Civil Action No. 20-2935 (CKK) |

## ORDER
(February 8, 2021)

In light of the Plaintiff's [19] Notice of Voluntary Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is, this 8th day of February, 2021, hereby

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED.**

                                                /s/ <br>
                                          COLLEEN KOLLAR-KOTELLY <br>
                                          United States District Judge